```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
```

Adrian Patterson,

                                      Case No. 14-2796 DSD/FLN

    Plaintiff,

  v.                                               ORDER

State of Minnesota,

    Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 16, 2015, all the files and records, and no objections having been filed to said Report and Recommendation.

    **IT IS HEREBY ORDERED** that Respondent's motion to dismiss (ECF No. 11) is **GRANTED** and Petitioner's Petition is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 11, 2015

                                                    s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court